USCA1 Opinion

 

 [NOT FOR PUBLICATIONNOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 99-1067 UNITED STATES, Appellee, v. LUIS A. RIVERA, Defendant, Appellant. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Ernest C. Torres, U.S. District Judge] Before Selya, Circuit Judge, Campbell, Senior Circuit Judge, and Lipez, Circuit Judge.      Allan M. Tow on brief for appellant. Margaret E. Curran, United States Attorney, Donald C. Lockhartand Gerard B. Sullivan, Assistant United States Attorneys, on brieffor appellees.February 2, 2000   Per Curiam. After a thorough review of the record and of the parties' submissions, we affirm. We find no error in the lower court's conclusion that police did not exceed the scope of the search warrant by looking through a bag found in appellant's car or in the glove compartment. "A warrant to search a vehicle . . . support[s] a search of every part of the vehicle that might contain the object of the search." United States v. Ross, 456 U.S. 798, 821 (1982). Once an officer conducting a search in a lawful manner discovers evidence in plain view providing probable cause of a crime, that evidence may be seized. United States v. Robles, 45 F.3d 1, 6 (1st Cir. 1995). This court lacks jurisdiction to consider appellant's challenge to his sentence. United States v. Rosario-Peralta,  F.3d , 1999 WL 1215238 (1st Cir. 1999). Affirmed. 1st Cir. Loc. R. 27(c).